# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:94-mj-00001-LRL-LRL |
| vs. | **ORDER** |
| CORY LAWALTER MATHEWS, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Dismiss Complaint (ECF No. 6), filed on October 13, 2016.

The Government represents that it filed a complaint against Defendant Mathews, among others, in 1994 for armed bank robbery and other offenses. The Government subsequently declined to prosecute but the warrant for Defendant Mathews' arrest remains active. Therefore, the Government seeks to dismiss the complaint against Defendant Mathews and quash the corresponding arrest warrant. The Court finds that the Government has provided good cause to justify granting the requested relief. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Complaint (ECF No. 6) is **granted**.

DATED this 30th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge